

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

November 25, 2015

**BY EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Douglas Mclarty*, 15 Cr. 593 (PGG)

Dear Judge Gardephe:

    As the Court is aware, the next pretrial conference in this case is scheduled for Monday, November 30, 2015.   The Government respectfully submits this letter to request, on consent of the defendant, that this conference be rescheduled to a date at the Court's convenience in approximately three weeks, in order to afford the parties additional time to discuss a pretrial disposition of this case.   For the same reasons, the Government respectfully requests, on consent of the defendant, that the Court exclude time, pursuant to the Speedy Trial Act, between November 30, 2015 and the new pretrial conference date.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney
    Southern District of New York

By:    /s/
    Rachel Maimin/Micah W. J. Smith
    Assistant United States Attorneys
    (212) 637-2460/2439

cc:    Patrick Watts, Esq.