

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States v. Douglas* McLarty, 15 Cr. 593 (PGG)
           *United States v. Douglas* McLarty, 15 Cr. 95 (JPC)

Dear Judge Gardephe:

    The Government respectfully submits this letter on behalf of the parties to request an adjournment of the upcoming violation of supervised release conference in these matters, which is currently scheduled for May 20, 2022, for approximately thirty days.

    The parties have been in conversation regarding a potential disposition in these matters. Specifically, the defendant previously pleaded guilty on November 15, 2021, and was subsequently sentenced, before Judge Torres in *United States v. McLarty*, 21 Cr. 498 (AT) for the underlying conduct that forms the basis of the violation specifications. Defense counsel has informed the Government that the defendant may wish to proceed with a hearing on the violation specifications. However, the parties continue to engage in discussions concerning a potential disposition and intend to continue those discussions.

    Accordingly, the Government requests, with the consent of the defendant by and through defense counsel, that the Court adjourn the upcoming conference for a thirty-day period to allow

the parties to continue to discuss a potential disposition and to afford the parties the opportunity to prepare for a violation hearing, if any, in these matters.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Mitzi S. Steiner / Samuel Rothschild
Assistant United States Attorneys
(212) 637-2284 / 2504

**Memo Endorsed:** The hearing currently scheduled for May 20, 2022 is adjourned to June 27, 2022 at 2:15 p.m.
Dated: May 19, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge