UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DOUGLAS MCLARTY,

                Defendant.

**ORDER**

15 Cr. 593 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing currently scheduled for July 6, 2022 will instead take place on **July 27, 2022 at 2:00 p.m.**

Dated:  New York, New York
          July 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge