UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | **ORDER** |
| DOUGLAS MCLARTY, | 15 Cr. 593 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the violation of supervised release hearing scheduled for today, July 27, 2022 will instead take place on **Friday, July 29, 2022 at 3:30 p.m.**

Dated: New York, New York
July 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge