UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DOUGLAS MCLARTY,

Defendant.

**ORDER**

15 Cr. 593 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The United States Marshals Service ("the Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captioned proceeding in Courtroom 705, 40 Foley Square, New York, New York, for a violation of supervised release hearing on **Friday, August 19, 2022 at 2:00 p.m.**

        In the event that the defendant refuses to leave the facility where he is held, or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Marshals Service and the BOP may use such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance.

Dated: New York, New York
       July 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge